

# NUMBER 13-09-00480-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE:  DOMINIQUE URIBE

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Dominique Uribe, filed a petition for writ of mandamus by which he requests that this Court direct respondent, the Honorable Sandra Watts, presiding judge of the 117th Judicial District Court of Nueces County, Texas, to reform relator's judgment and sentence in trial court cause number 03-CR-3717-B.

This Court, having examined and fully considered relator's petition, is of the opinion that relator has not shown himself entitled to the relief sought and the petition should be denied.  *See* TEX. R. APP. P. 52.8(a).  Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed this the 24th day of August, 2009.

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").